**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7597**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ORLANDOUS L. MAYE,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-99-104, CA-00-1171-AM)

─────────────

Submitted:  November 28, 2000      Decided:  December 27, 2000

─────────────

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Orlandous L. Maye, Appellant Pro Se.  David Hackney, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Orlandous Maye seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. United States v. Maye, Nos. CR-99-104; CA-00-1171-AM (E.D. Va. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2